GREENE, BROILLET, PANISH & WHEELER, LLP
LAWYERS
100 WILSHIRE BOULEVARD, SUITE 2100
P.O. BOX 2131
SANTA MONICA, CALIFORNIA 90407-2131
TEL. (310) 576-1200
FAX (310) 576-1220

BRIAN J. PANISH, State Bar No. 116060
KEVIN R. BOYLE, State Bar No. 192718

Attorneys for Plaintiffs

(SPACE BELOW FOR FILING STAMP ONLY)

FILED
CLERK, U.S. DISTRICT COURT
MAY 28 2004
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

ENTERED
CLERK, U.S. DISTRICT COURT
JUN - 1 2004
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Priority ✓
Send ✓
Enter ___
Closed ___
JS-5/JS-6 ✓
JS-2/JS-3 ___
Scan Only ___

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

IN RE

AIR CRASH AT TAIPEI, TAIWAN
ON OCTOBER 31, 2000

CASE NO. 01-MDL-1394 GAF

This Document Relates to:

*THE ESTATE OF CHING-YING WU;*
*THE ESTATE OF RICHARD TZUEN REN WU;*
*SIDNEY WU; and*
*CHRISTINA WU*

CASE NO. CV-01-1752 WDK ✓ (RCx)

[~~PROPOSED~~] JUDGMENT

Judgment is entered against Defendant, SINGAPORE AIRLINES, in the amount of SEVEN MILLION FIVE HUNDRED THOUSAND DOLLARS ($7,500,000.00) plus costs to Plaintiff, SYDNEY WU, and SEVEN MILLION FIVE HUNDRED THOUSAND DOLLARS ($7,500,000.00) plus costs to Plaintiff, CHRISTINA WU.

DATED: MAY 28 2004

_____
UNITED DISTRICT COURT JUDGE

THIS CONSTITUTES NOTICE OF ENTRY
AS REQUIRED BY FRCP, RULE 77(d)

-1-
[PROPOSED] JUDGMENT

PROOF OF SERVICE

**THE ESTATE OF CHING YING WU, et al., v. SINGAPORE AIRLINES**

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen (18) years and not a party to the within action; my business address is 100 Wilshire Boulevard, 21st Floor, Santa Monica, California 90401.

I am readily familiar with Greene, Broillet, Panish & Wheeler LLP's practice of collection and processing of documents for the U.S. Postal Service for the same day as the day of collection in the ordinary course of business.

On May 25, 2004, I caused the within document(s) described as: **[PROPOSED] JUDGMENT**, along with this **PROOF OF SERVICE** to be served by facsimile and United States Mail to the office of the addressee listed below:

Frank A. Silane, Esq.                Attorneys for Defendant
Rod D. Margo, Esq.
Scott D. Cunningham, Esq.            SINGAPORE AIRLINES LTD.
Debby L. Zajac, Esq.
**CONDON & FORSYTH LLP**
1901 Avenue of the Stars, Suite 850
Los Angeles, CA 90067-6010
(310) 557-2030
(310) 557-1299 FAX

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed at Santa Monica, California on May 25, 2004.

_Camilla DeSimone_
Camilla DeSimone

-2-
[PROPOSED] JUDGMENT