1 | Rod D. Margo (State Bar No.: 97706)
Frank A. Silane (State Bar No.: 90940)
2 | Scott D. Cunningham (State Bar No.: 200413)
CONDON & FORSYTH LLP
3 | 1901 Avenue of the Stars, Suite 850
Los Angeles, California 90067-6010
4 | Telephone: (310) 557-2030
Facsimile: (310) 557-1299

5

Attorneys for Defendant
SINGAPORE AIRLINES, LTD.

FILED
CLERK, U.S. DISTRICT COURT
NOV - 4 2004
CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

Priority ___
Send ✓
Enter ___
Closed ✓
JS-5/JS-6 ___
JS-2/JS-3 ___
Scan Only ___

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

IN RE ) Case No. 01-ML-1394 GAF (RCx)
)
AIR CRASH AT TAIPEI, TAIWAN ON ) This Document Relates to:
OCTOBER 31, 2000 )
) Case No. CV01-01752 WDK (RCx)
) *(The Estate of Ching Ying Wu, et al.*
) *v. Singapore Airlines, Ltd.)*
)
) **STIPULATION OF DISMISSAL;**
) [~~PROPOSED~~] **ORDER**

DOCKETED ON CM
NOV - 4 2004
BY            021

Plaintiffs THE ESTATE OF CHING YING WU, by and through its Successors in Interest, SIDNEY WU and CHRISTINA WU; THE ESTATE OF RICHARD TZUEN REN WU, by and through its Successors in Interest, SIDNEY WU and CHRISTINA WU; CHRISTINA WU, individually; and SIDNEY WU, individually, and defendant SINGAPORE AIRLINES, LTD ("SIA"), hereby request that the above referenced action be, and hereby is, dismissed with prejudice as against all defendants pursuant to Federal Rule of Civil Procedure 41 (a)(1); with all parties to bear their own costs.

//

STIPULATION OF DISMISSAL; [PROPOSED] ORDER
CASE NO. CV01-01752 WDK (RCx)

1 | Dated: October 19, 2004 | CONDON & FORSYTH LLP

By: /s/ _____
ROD D. MARGO
FRANK A. SILANE
SCOTT D. CUNNINGHAM
Attorneys for Defendant
SINGAPORE AIRLINES, LTD.

Dated: October 27, 2004 | GREENE, BROILLET, PANISH & WHEELER LLP

By: /s/ _____
BRIAN J. PANISH
KEVIN R. BOYLE
Attorneys for Plaintiffs

## [PROPOSED] ORDER

**IT IS HEREBY ORDERED** that Case No. CV01-01752, an individual case which is part of MDL Case No. 1394, is hereby dismissed with prejudice.

NOV - 4 2004

DATED: ~~October ___, 2004~~

_____
Honorable William D. Keller
United States District Court Judge

---

STIPULATION OF DISMISSAL, [PROPOSED] ORDER
CASE NO. CV01-01752 WDK (RC)

-2-