UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT



**FILED**

OCT 29 2004

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| In re: AIR CRASH AT TAIPEI TAIWAN MULTIDISTRICT LITIGATION, <br> -------------------------- <br> CHING YING WU, Estate of, by and through its Successors in Interest, Sidney Wu and Christina Wu; et al., <br><br> Plaintiffs - Appellees, <br><br> v. <br><br> SINGAPORE AIRLINES, INCORPORATED, a foreign corporation, d/b/a Singapore Airlines, Ltd., <br><br> Defendant - Appellant. | No. 04-56146 <br><br> D.C. No. CV-01-01752-WDK <br> Central District of California, <br> Los Angeles <br><br> ORDER |



RECEIVED
CLERK, U.S DISTRICT COURT
NOV - 1 2004
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

The court acknowledges receipt of appellant's October 20, 2004, motion to dismiss. The motion is granted. This appeal is dismissed. Fed. R. App. P. 42(b).

A certified copy of this order shall serve as the mandate of this court.

FOR THE COURT

C. Lewis Ross
Circuit Mediator



A TRUE COPY
ATTEST                10-29-04
CATHY A. CATTERSON
Clerk of Court
by: Ruben Talavera
Deputy Clerk
This certification does constitute the mandate of the court



DOCKETED ON CM
NOV - 5 2004
BY _____ 029

103

